UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALICE ARTIS, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN RACIBORSKI, MICHAEL W. GORDON, WILLIAM H. RINEHART, ALLAN M. KAPLAN, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDERC W. HARMON, MARK A. JUNG, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO., INC., JEFFERIES & COMPANY, INC., PIPER JAFFRAY & CO., and FRIEDMAN, BILLINGS, RAMSEY & CO., INC.,<br><br>      Defendants. | **Civil Action No. 07-cv-07475-PAC**<br><br><br>CLASS ACTION COMPLAINT<br><br><br>**<u>JURY TRIAL DEMANDED</u>** |

**L.R. 7.1 DISCLOSURE STATEMENT**

Pursuant to L.R. 7.1, Plaintiff, Alice Artis, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: August 23, 2007

                   **BRODSKY & SMITH, LLC**

                   By: */s/ Evan J. Smith* (ES3254)
                   Evan J. Smith, Esquire (ES 3254)
                   240 Mineola Boulevard
                   Mineola, NY 11501
                   (516) 741-4977
                   (516) 741-0626 (facsimile)

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER LLP**
Richard A. Maniskas, Esquire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056
*Attorneys for Plaintiffs*