USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-2-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faisal Mustafa, Individually and On Behalf of All Those Similarly Situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey Lunsford, Nathan Raciborski, Allan M. Kaplan, Joseph H. Gleberman, and Peter J. Perrone,<br><br>　　　　Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7205 (PAC)<br><br>[PROPOSED] ORDER GRANTING LIMELIGHT DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF ARIZONA |
| Hendo Weernink, Individually and On Behalf of All Those Similarly Situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co. Inc., Jefferies & Company, Inc., Piper Jaffray & Co., Friedman, Billings, Ramsey, & Co., Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, and Gary Valenzuela,<br><br>　　　　Defendants. | ECF CASE<br><br>Civ. No. 07-CIV-7404 (PAC) |
| Scott Kairalla, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Michael M. Gordon, William H. Rinehart, Matthew Hale, Nathan F. Raciborski, Walter D. Amaral, Joseph H. Gleberman, Fredric W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman Sachs & Co., Jefferies & Company, Inc., Morgan Stanley & Co. | ECF CASE<br><br>Civ. No. 07-CIV-7417 (PAC) |

| | |
|---|---|
| Incorporated, Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,<br><br>          Defendants. | |
| Tim Radecki, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Allan M. Kaplan, Joseph H. Gleberman, Peter J. Perrone, Goldman, Sachs & Co., and Morgan Stanley & Co. Incorporated,<br><br>          Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7394 (PAC)** |
| Benjamin Paul, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>Limelight Networks, Inc.; Goldman Sachs & Co.; Morgan Stanley & Co., Inc.; Jeffrey W Lunsford; Nathan F. Raciborski; and Allan M. Kaplan,<br><br>          Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7432 (PAC)** |
| Alice Artis, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan Raciborski, Michael W. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederc W. Harman, Mark A. Jung, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman, Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,<br><br>          Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7475 (PAC)** |

Upon reviewing the parties' submissions, and good cause appearing therefor, the Court hereby GRANTS the Limelight Defendants' Motion to Transfer Venue to the United States District Court for the District of Arizona. Pursuant to 28 U.S.C. §1404(a), the above-captioned actions are hereby transferred to the United States District Court for the District of Arizona. *The Clerk is directed to terminate any pending motion and to close out this case.*

IT IS SO ORDERED.

_/s/ Paul A. Crotty_    11/1/07
Honorable Paul A. Crotty
United States District Judge